Curtis Lee KYLES, Petitioner–Appellant,

v.

John P. WHITLEY, Warden, Louisiana State Penitentiary and Richard P. Ieyoub, Attorney General, State of Louisiana, Respondents–Appellees.

No. 92–3310.

United States Court of Appeals, Fifth Circuit.

May 30, 1995.

George W. Healy, III (Court-appointed), Sheryl Bey, Phelps Dunbar, Gerard A. Rault, Jr., New Orleans, LA, for appellant.

Jack C. Peebles, Harry F. Connick, Dist. Atty., New Orleans, LA, for Whitley.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before KING, HIGGINBOTHAM and JONES, Circuit Judges.

PER CURIAM:

Our judgment in *Kyles v. Whitley,* 5 F.3d 806 (5th Cir.1993), *cert. granted,* —— U.S. ——, 114 S.Ct. 1610, 128 L.Ed.2d 338 (1994), was reversed by the Supreme Court in *Kyles v. Whitley,* —— U.S. ——, 115 S.Ct. 1555, 131 L.Ed.2d 490 (1995), and remanded to this court. We REVERSE the judgment of the district court and we REMAND the case to the district court with instructions to issue the writ of habeas corpus unless the State of Louisiana initiates retrial of the petitioner within 180 days after the issuance of our mandate.

REVERSED and REMANDED.